HOYT & BLEWETT PLLC
P.O. Box 2807
Great Falls, MT 59403-2807
(406) 761-1960

Attorneys for Plaintiffs

CLERK OF DISTRICT COURT
REEVES

08 JAN -4 AM 11:04

FILED

BY_____ DEPUTY

CLAIM REF.
#926980

## MONTANA EIGHTH JUDICIAL DISTRICT COURT
## CASCADE COUNTY

* * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| JAMES PRIBYL, JAY PRIBYL, and TINA-MARI PRIBYL, <br><br> Plaintiffs, <br><br> v. <br><br> BS XPRESS, INC., and JOHN DOE No. 1 <br><br> Defendants. | Cause No. DDV 08- 016 <br><br> Hon. DIRK M. SANDEFUR <br><br> **COMPLAINT AND JURY DEMAND** |

* * * * * * * * * * * * * * * * * * * * * * * *

COMES NOW the above-named Plaintiffs and complain and allege as follows:

1. At all times material herein, Plaintiffs resided in Cascade County, Montana.

2. The motor vehicle accident giving rise to this lawsuit occurred in Cascade County, Montana.

### COUNT I - NEGLIGENCE

3. Plaintiff restates each and every fact and allegation stated in ¶¶ 1-2 above.

4. On January 11, 2005, Roberta Lynn Gandy, an employee of Defendants, while working within the course and scope of her employment with Defendants, negligently operated a tractor trailer and failed to yield the right of way to a vehicle being operated by Plaintiff, Jay Pribyl in which Plaintiff, James Pribyl was a passenger.

**COPY**

5. As the result of the negligence of Defendants' employee, which negligence occurred while Defendants' employee was working within the course and scope of her employment with Defendants, Plaintiffs Jay Pribyl and James Pribyl suffered serious and severe injuries.

6. Since Defendants' employee was acting within the course and scope of her employment at the time her negligence caused the accident identified in ¶4 above, Defendants are vicariously liable for the injuries sustained by all Plaintiffs Jay and James Pribyl, as a result of said accident.

7. As a result of the injuries suffered by Plaintiffs Jay Pribyl and James Pribyl identified in ¶5, Plaintiffs Jay and James Pribyl have incurred, *inter alia*, significant past medical bills and Plaintiff Jay Pribyl will incur significant future medical bills, for which Defendants are liable.

8. Plaintiffs Jay and James Pribyl have also suffered, *inter alia*, significant past and future economic damages as a result of the injuries identified in ¶5, above, for which Defendants are liable.

## COUNT II - LOSS OF CONSORTIUM

9. Plaintiff realleges each and every fact and allegation set forth in ¶¶1-8 above.

10. At all times material herein, Plaintiff, Tina-Mari Pribyl, was the lawful spouse of Plaintiff, Jay Pribyl. As a result of the injuries suffered by Jay Pribyl due to the negligence of Defendants' employee, occurring within the course and scope of her employment with Defendants, Plaintiff, Tina Mari Pribyl has suffered significant loss of consortium damages including but not limited to, the loss of society comfort companionship and care of her husband Jay Pribyl.

11. Since Defendants' employee was acting within the course and scope of her employment at the time her negligence caused the injuries to Plaintiff Jay Pribyl identified in ¶10 above, Defendants are vicariously liable for the loss of consortium damages sustained by Plaintiff, Tina-Mari Pribyl identified herein.

2

12. WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

a) For all of the damages caused to Plaintiff, James Pribyl, individually, including but not limited to, his past and future medical costs; his past and future economic damages; his past and future physical and emotional pain and suffering; past and future emotional distress; and, past and future lost of established coarse of life, the amount of which will be proven at the time of trial;

b) For all of the damages caused to Plaintiff, Jay Pribyl, individually, including but not limited to, his past and future medical costs; his past and future economic losses; his past and future physical and emotional pain and suffering; his past and future emotional distress; and, his past and future loss of established coarse of life, the amount of which will be proven at the time of trial;

c) For all of the loss of consortium damages suffered by Plaintiff, Tina-Mari Pribyl; and,

d) For all of Plaintiffs' costs and disbursements incurred herein and for any other damages permitted to be awarded to Plaintiffs under Montana law and for such other relief as the Court deems just under the circumstances.

DATED this 4th day of January, 2008.

HOYT & BLEWETT PLLC

By: _____
Alexander (Zander) Blewett, III
Joseph P. Cosgrove
P.O. Box 2807
Great Falls, MT 59403-2807

Attorneys for Plaintiffs

//
//
//
//
//

3

## JURY DEMAND

Plaintiffs demand that all issues be tried before a jury.

DATED this 4th day of January, 2008.

HOYT & BLEWETT PLLC

By: _____
Alexander (Zander) Blewett, III
Joseph P. Cosgrove
P.O. Box 2807
Great Falls, MT 59403-2807

Attorneys for Plaintiffs

4